## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHERYL ANDERSON, ZINA BRENNER, MARY CARTER, TENA DAVIDSON, RAMZI KHAZEN, LILY MARTYN, SHONTELLE THOMAS, and JOSEPH WATSON individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

LABORATORY CORPORATION OF AMERICA HOLDINGS,

Defendant.

Case No. 1:17-cv-911

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Laboratory Corporation of America Holdings ("LabCorp"), through their undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, on March 8, 2017, plaintiffs Victoria Bouffard, Michelle Sullivan, Holden Sheriff, and Tiara Scott filed a class action complaint against LabCorp with respect to LabCorp's billing practices, denominated *Bouffard, et al. v. Laboratory Corporation of America Holdings,* Case No. 1:17-CV-193 ("*Bouffard*").

WHEREAS, LabCorp moved to dismiss the *Bouffard* action and to strike the class allegations in the *Bouffard* complaint (*Bouffard* ECF No. 11).

WHEREAS, during the pendency of LabCorp's motion to dismiss the *Bouffard* action, plaintiffs' counsel was retained by other individuals with similar claims against LabCorp.

WHEREAS, on October 10, 2017, plaintiffs' counsel filed a second class action complaint against LabCorp asserting substantially similar claims as in *Bouffard* on behalf of Sheryl Anderson, Zina Brenner, Mary Carter, Tena Davidson, Ramzi Khazen, Lily Martyn, Shontelle Thomas, and Joseph Watson to avoid the running of the statute of limitations and to apprise the Court of similarly situated claims by alleged class members. The complaint was denominated *Anderson, et al. v. Laboratory Corporation of America Holdings*, Case No. 1:17-cv-911 ("*Anderson*").

WHEREAS, on November 3, 2017, the parties in *Anderson* filed a Joint Motion for Stay "until after the Court rules on LabCorp's pending Motion to Dismiss Plaintiffs' Complaint and Strike Class Allegations in *Bouffard*. . . " (*Anderson,* ECF No. 5).

WHEREAS, on November 8, 2017 this Court granted the stay motion in *Anderson* and entered an Order staying the *Anderson* action (*Anderson,* ECF No. 6).

WHEREAS, on March 28, 2018, the Court entered a Memorandum Opinion and Order in the *Bouffard* action, dismissing plaintiffs' claims without prejudice (*Bouffard,* ECF No. 32).

WHEREAS, on May 11, 2018, plaintiffs in *Bouffard* filed a motion for leave to file an Amended Complaint (*Bouffard*, ECF No. 35). That motion appended a proposed Amended Class Action Complaint (ECF No. 35-1). The proposed Amended Class Action Complaint included plaintiffs who had been named in the *Bouffard* and *Anderson*

actions, as well as other individuals who had retained plaintiffs' counsel after the filing of *Anderson*. Certain plaintiffs in *Bouffard* and *Anderson* whose claims had been mooted were not named in the Amended Complaint.

WHEREAS, on August 7, 2018, this Court granted plaintiffs' motion to file the Amended Complaint in the *Bouffard* action (ECF No. 41).

WHEREAS, those plaintiffs named in both the *Anderson* and *Bouffard* actions (including plaintiffs Sheryl Anderson, Mary Carter, Tena Davidson, Ramzi Khazen, Lily Martyn, Shontelle Thomas, and Joseph Watson) do not intend the dismissal of the *Anderson* action (No. 1:17-cv-911) to waive or dismiss any of their claims or causes of action in the *Bouffard* action (No. 1:17-cv-193) subject to the limitations on any such claims as set forth in the Court's Opinion and Order granting in part and denying in part Defendant's motion to dismiss and strike the class allegations in the Amended Complaint entered in the *Bouffard* action on August 19, 2019 (*Bouffard* ECF No. 55).

WHEREAS, all currently existing claims that had been asserted in the *Anderson* action have been incorporated into the Amended Complaint in the *Bouffard* action, LabCorp has not answered the complaint in the *Anderson* action*,* and no good purpose will be served by the retention of the *Anderson* action as a separate proceeding.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1.     The *Anderson* action is hereby dismissed without prejudice and without fees, costs, or expenses to any party.

2.     The Clerk of the Court is directed to close the *Anderson* action.

/s/    Thomas D. Schroeder
                                        United States District Judge




 Dated: October 15, 2019

/s/ Jonathan D. Sasser                    /s/ Charles Raynal
Jonathan D. Sasser (N.C. Bar 10028)       Charles Raynal (N.C. Bar 32310)
ELLIS & WINTERS, LLP                      Scott E. Bayzle (N.C. Bar 33811)
4131 Parkdale Avenue, Ste. 400            PARKER POE ADAMS &
Raleigh, NC 27612                         BERNSTEIN LLP
Phone: (919) 865-7000                     301 Fayetteville Street, Suite 1400
Email: jon.sasser@elliswinters.com        Raleigh, North Carolina 27601
                                          Phone: (919) 828-0564
                                          Email: charlesraynal@parkerpoe.com
Robert C. Finkel                          scottbayzle@parkerpoe.com
Sean M. Zaroogian
WOLF POPPER LLP
845 Third Avenue 12th Floor               Stephen G. Sozio JONES DAY
New York, NY 10022                        North Point 901 Lakeside Avenue
Phone: (212) 759-4600                     Cleveland, Ohio 44114-1190
Email: rfinkel@wolfpopper.com             Phone: (216) 586-3939
Email: szaroogian@wolfpopper.com          Email: sgsozio@jonesday.com

*Attorneys for Plaintiffs*                Heather M. O'Shea JONES DAY
                                          77 West Wacker Drive
                                          Chicago, Illinois 60601-1692
                                          Phone: (312) 782-3939
                                          Email: hoshea@jonesday.com

                                          Aaron M. Healey
                                          JONES DAY
                                          250 Vesey Street
                                          New York, New York 10281-1047
                                          Phone: (212) 326-3939
                                          Email: ahealey@jonesday.com
                                          *Attorneys for Defendant Laboratory
                                          Corporation of America Holdings*